IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-60300
(Summary Calendar)
_____


EDDY MORALES, CLAUDIA SALVATIERRA,

Petitioners,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.


- - - - - - - - - -
Petition for Review of an Order of the
Board of Immigration Appeals
(A72 449 541, A29 925 562)
- - - - - - - - - -

February 9, 1996
Before WIENER, PARKER and DENNIS, Circuit Judges.

PER CURIAM:[*]

Nicaraguan citizens Eddy Morales and Claudia Salvatierra assert that the Board of Immigration Appeals ("BIA") abused its discretion in denying their applications for asylum and withdrawal of deportation. Salvatierra also challenges the denial of her application for suspension of deportation. We have reviewed the record and find that the BIA's adoption of the Immigration Judge's decision denying Morales's and Salvatierra's applications was

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

supported by substantial evidence.  See Faddoul v. INS, 37 F.3d 185, 188 (5th Cir. 1994).

The petition for review is DENIED.